UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2977

IN RE VIATRIS INC. SECURITIES LITIGATION

EASTERN ATLANTIC STATES CARPENTERS PENSION ANNUITY AND
HEALTH FUNDS, (EASC),
Appellant

v.

VIATRIS INC., MICHAEL GOETTLER, AND RAJIV MALIK

W.D.P.A. No. 2:23-cv-00812

Before: HARDIMAN, KRAUSE, and CHUNG, Circuit Judges

_____ORDER_____
      Due to an error listing counsel in the opinion, as further outlined below, an amended opinion will be issued to correct said error.  The caption of the opinion reflects David A. Strassburger as being counsel for Viatris, Inc.  Attorney Strassburger has notified the Court in writing that he was not counsel for Viatris, Inc. in this matter.  The opinion has been amended to reflect that Attorney Strassburger does not represent Viatris, Inc. in this matter.  No other amendments were made.  The Clerk is directed to file the amended opinion.  There are not any changes to the judgment.  These amendments do not change the date of filing, November 6, 2025.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: November 10, 22025